# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BRITTANY TAYLOR, | ) | Bankruptcy No. 17 B 38062 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 17, 2018, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: August 17, 2018            /s/ Rachel A. Leibowitz
                                             Paralegal

Lakelaw
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
847.249.9100

**SERVICE LIST**

Capital One Bank USA NA
PO Box 30281
Salt Lake City UT 84130-0281

Brittany Taylor
2243 Kenilworth
Berwyn, IL 60402-2212

Midland Credit Management, Inc.
agent for Midland Funding, LLC
PO Box 2011
Warren MI – 48090

Syncb/Walmart Dual Card
PO Box 965024
Orlando FL 32896-5024

Citicards Cbna
PO Box 6241
Sioux Falls SD 57117-6241

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St Room 873
Chicago, IL 60604-2027 *

Syncb/Synchrony Home
PO Box 965036
Orlando FL 32896-5036

Syncb/ToysRusDC
PO Box 965005
Orlando FL 32896-5005

Verizon Wireless South
PO Box 26055
Minneapolis MN 55426-0055

T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702 *